[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

__MATTHEW M. SMITH__

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

WARDEN, GONZALIS

CAPTAIN, HESS

PRIVATE CONTRACTOR, GEO GROUP

LIEUTENANT, DOUGDALE

OFFICER, M.WINKLER

OFFICER, GRENWALD

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

RECEIVED

JUN 15 2023

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

Case No: __23-50226__
(To be supplied by the Clerk of this Court)

OFFICER, GASTON

HEALTH SERVICE, DEPARTMENT

INMATE, ANTHONY CONWAY

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

__√__ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.      **Plaintiff(s):**

A.      Name:   **MATTHEW MICHEAL SMITH**

B.      List all aliases:   **NONE**

C.      Prisoner identification number:   **21897-017**

D.      Place of present confinement:   **TERRE HAUTE INDINA, U.S.P.**

E.      Address:   **P.O. BOX 33 TERRE HAUTE, INDIANA 47808.**

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.     **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.      Defendant:   **GONZALES**

        Title:   **WARDEN**

        Place of Employment:   **U.S.P. THOMSON, P.O. BOX 1002, THOMSON, IL 61285**

B.      Defendant:   **HESS**

        Title:   **CAPTAIN**

        Place of Employment:   **U.S.P. THOMSON, P.O. BOX 1002, THOMSON IL 61285 B**

C.      Defendant:   **GEO GROUP**

        Title:   **PRIVATE CONTRACTOR**

        Place of Employment:   **GEO GROUP, 4955 TECHNOLOGY WAY, BOCA; RATON FL 33431**

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

                        **ONE ADDITIONAL DEFENDANT PAGE**

2                                                                       Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(1) CONTINUENCE OF PAGE (2) ADITIONAL
DEFENDANT(S)

DEFENDANT: MEDICAL

TITLE: HEALH SERVICE

PLACE OF EMPLOYMENT: U.S.P THOMSON, P.O. BOX 1002, THOMSON, IL 61285...

DEFENDANT: DOUGDALE

TITLE: LIEUTENANT

PLACE OF EMPLOYMENT: U.S.P. THOMSON, P.O. BOX 1002, THOMSON IL, 61285...

DEFENDANT: M. WINKLER

TITLE: OFFICER

PLACE OF EMPLOYMENT: U.S.P. THOMSON, P.O. BOX 1002, THOMSON, IL, 61285...

DEFENDANT: GASTON

TITLE: OFFICER

PLACE OF EMPLOYMENT: U.S.P. THOMSON P.O. BOX 1002, THOMSON IL, 61285...

DEFENDANT: GRENWALD

TITLE: OFFICER

PLACE OF EMPLOYMENT: U.S.P. THOMSON P.O. BOX 1002, THOMSON IL 61285...

DEFENDANT: ANTHONY GONWAY

TITLE: INMATE

PLACE OF EMPLOYMENT: FEDERAL INMATE DETAIL

— END —

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____NONE_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____NONE_____

D. List all defendants: _____
_____NONE_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____NONE_____

G. Basic claim made:_____NONE_____
_____
_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____NONE_____

I. Approximate date of disposition: _____NONE_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

THIS COMPLAINT AUTHORE(D) BY YOUR PLAINTIFF "HEREANDAFTER" REFERRED TO AS MATTHEW SMITH IS AN DIRECT RESULT OF A INMATE ON INMATE SEXUAL ASSAULT. THAT LED TO AN VERBAL, AND PHYSICAL ASSAULT ON A INMATE BY ROGUE FEDERAL BUREAU OF PRISONS EMPLOYEE(S). WHO HAD A MEETING OF THE MIND(S), AND CONSPIRED TO NOT ONLY HAVE MISS. SMITH ASSAULTED BY ANOTHER PRISONER BUT TO FURTHER ASSAULT HER THEMSELVE(S). THEN COLLABORATE FICTISGOUS ACCOUNT(S) OF EVENT(S) TO EITHER JUSTIFY AND/OR HIDE THIER MIS-CONDUCT, TO ESCAPE PUNISHMENT/REPRIMED. ALSO THESE MENTIONED ROGUE OFFICIAL(S) HAS FALSIFIED FEDERAL DOCUMENT(S), THUS FURTHER INJURING/ CAUSING DAMAGE TO THE PLAINTIFF WHEN VIOLATING HER DUE PROCESS RIGHT(S), WHICH IS AFFORDED/ GARUNTEED TO HER BY THE UNITED STATES CONSTITUTION.

ON THE DATE OF: AUGUST, 25, 2021 AFTER BEING SEXUALLY ASSAULTED ON NUMEROUS OCCA-SSION(S) BY MY CELL-MATE: ANTHONY CONWAY. I AWOKE AROUND 7:30 A.M. WITH THE INTENTION'S OF REPORTING THE SEXUAL ASSAULT(S)/ABUSE. ALTHOUGH I WAS AFFRAID FOR MY LIFE I UNDERSTOOD THAT I [MUST] REPORT THE CRIME TO BE REMOVED FROM MY ASSAULTER(S) PRENCENSE AS WELL AS TO RECIEVE MUCH NEEDED HELP MEDICAL, MENTALLY, AND/OR OTHER-WISE. IT WAS DUBING OR INBET-WEEN THE HOUR(S) OF 8:00 A.M., AND 11:00 A.M., WHEN I NOTICED THAT OFFICER: WINKLER WAS CONDUCTING A ROUTINE (30 MIN) SECURITY ROUND ON RANGE (3) OF (F-UNIT). I STOPPED THE OFFICER AS HE PASSED MY CELL WHICH WAS #304, AND ATTEMPTED TO QUIETY INFORM HIM ON THE

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SITUATION AND THAT I NEEDED TO REPORT/FILE A P.R.E.A. COMPLAINT. THIS PARTICULAR OFFICER ALONG WITH SEVERAL OTHER OFFICER(S) HAS MADE IT CLEAR THAT THEY [HATE] PRISONER(S) WHO ARE MEMBER(S) OF THE (L.G.B.T.Q) COMMUNITY, OF WHICH I AM PROUDLY APART OF, AS I AM A TRANSGENDER WOMEN. HOWEVER I WAS DESPERATE FOR HELP SO I REACHED OUT TO OFFICER: WINKLER INSPITE OF HIS PAST DISCRIMINATIVE, AND DISRESPECTFUL ACTION(S) TOWARD'S ME. AFTER HEARING THAT I WAS ATTEMPT-ING TO MAKE A VERBAL COMPLAINT OF P.R.E.A. AGAINST MY ATTACKER, WHO WAS ASLEEP AT THE TIME. OFFICER: WINKER YELLED OUT TO MY CELL-MATE MR. CONWAY TO COME TO THE DOOR, AND THEN EXPLAINED TO HIM THAT I WAS ATTEMPTING TO REPORT HIS ASSAULT ON ME. MR. WINKLER THEN ORDERED MR. CONWAY TO PHYSICALLY ASSAULT ME FOR "SNITCHING" ON HIM. OFFICER: WINKLER THEN WALKED AWAY FROM THE CELL AS INMATE, CONWAY IN CLEARLY PROVOKED RAGE, APPROACHED THE PLAINTIFF AND BEGAN TO ASSAULT HER. WHEN HE BEGAN TO PUNCH HER IN THE FACE AN UPPER TORSO AREA AS MISS SMITH SCREAMED OUT OF PAIN, AND FOR HELP. STILL YET THIS ASSAULT LASTED FOR (30. MIN) UNTIL OFFICER: WINKLER RETURNED DURING ANOTHER ROUND. AFTER PEEPING IN THE INMATE(S) CELL, AND NOTICING THAT MR. CONWAY WAS VIOLENTLY KICKING, AND STOMPING MISS. SMITH WHILE SHE WAS ATTEMPTING TO HIDE UNDER THE BED. OFFICER: WINKLER THEN STATED TO MR. CONWAY THAT HE DIDN'T SEE MS: SMITH BLEEDING, AND THAT IF HE BEAT ME UNTIL I WAS NOTICELY BLOODY THEN HE WOULD "OWE HIM A FAVOR". THEN OFFICER WINKLER WALKED AWAY MY CELL WINDOW, AS MR: CONWAY DRUGG ME FROM UNDER THE BUNK, AND KICKED ME IN MY FACE CAUSING ME TO BLEED FROM A GASH/WOUND ON THE RIGHT SIDE OF MY FACE FOR WHICH I NEVER RECIEVED NEEDED STITCHES [VIA] PROPER MEDICAL ATTENTION/TREATMENT. THIS ABOVE MENTIONED ASSAULT CONTINUED FOR ANOTHER HALF HOUR BEFORE OFFICER: WINKLER RETURNED FOR ANOTHER SECURITY ROUND. AN I BEGAN BEGGING HIM TO PLEASE REMOVE ME

5

Revised 9/2007

4 ATTACHMENT(S) FOR CONTINUENCE OF COMPLAINT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FROM THE CELL. EVEN NOTICING THAT MISS SMITH'S FACE AN BODY WAS SWOLLEN, AND ALSO THAT SHE WAS IN OBVIOUS PAIN DUE TO THE PUNCHES AND KICK(S) THAT SHE WAS FORCED TO ENDURE WHILE BEING ASSAULTED BY MR. CONWAY. OFFICER WINKLER WHO WAS SATISFIED WITH SEEING THE BLEE-DING OPEN WOUND ON MISS. SMITH'S FACE, LEFT THE CELL ONLY TO RETURN (10 MIN) LATER WITH OFFICER GASTON WHO TOLD MR. CONWAY TO HOLD MISS. SMITH, WHILE SIMULTANEOUSLY OPENING THE FOOD-SLOT. ONCE MR. CONWAY HELD PLAINTIFF IN A SECURED POSITION INFRONT OF HIS BODY WITH HIS ARM(S) WRAPPED UNDER & AROUND HER ARMPIT(S) WITH HIS HAND(S) CLASPED BEHIND NECK. OFFICER: GASTON BEGAN TO FIRE A MASE-BALL GUN AT PLAINTIFF AT [CLOSE PROXIMITY]. OFFICER: GASTON PURPOSELY, AND MALICOUSLY DISCHARGED MASE-BALL(S) INTO MISS SMITH'S FACE, NECK AND UPPER-TORSO, BEFORE OFFICER: WINKLER ORDERED MR. CONWAY TO RELFASE THE PLAINTIFF, AND SUBMIT TO HAND-RESTRAINT(S), FIRST SO HE COULD BE REMOVED FROM THE CELL, SO AS NOT TO BE AFFECTED BY THE UNBEARABLE MASE SIDE AFFECT(S). AFTER MR. CONWAY COMPLIED, MISS SMITH THEN SUBMITTED TO HANDRESTRAINT(S), AND WAS ORDERED BY OFFICER WINKLER TO STEP TO THE BACK OF THE CELL SO INMATE: CONWAY COULD LEAVE FIRST. THE CELL DOOR WAS THEN OPENED, AND OFFICER: WINKLER PULLED MR. CONWAY OUT (INFRONT OF HIS BODY), THUS OFFICER: WINKLER'S VERSION SUBMITTED [VIA] MEMO, AFTER ACTION REPORT, AND INCIDENT REPORT ALLEDGING THAT MISS. SMITH ASSAULTED HIM BY KICKING HIM IN THE CROTCH AREA WAS OBVIOUSLY FABRICATED TO JUSTIFY A UNWARRANTED IMEDIATE USE OF FORCE. WHEN PLAINTIFF EXITED THE CELL AFTER BEING ORDERED TO DO SO, SEVERAL OFFICER(S) SUCH AS BUT NOT LIMITED TO OFFICER. GRENWALD, OFFICER. GASTON, AND OFFICER. WINKLER ASSAULED MISS SMITH, WHEN AFTER SHE WAS THROWN TO THE GROUND THEY BEGAN TO PUNCH, AND KICK HER VICIOU-LY. AFTER BEING BEAT UP/ASSAULTED INFRONT OF MY CELL ON CAMERA THE OFFICER(S) THEN DRUGG ME TO CELL #323 RESTRAINT CELL [WITHOUT] ALLOWING ME AN [DECONTAMINATION] SHOWER, AND A CHANGE OF CLOTHE(S) AS EXPECTED CONCERNING THE USE OF FORCE PROTOCAL, AND THE USAGE OF MACE. MISS SMITH WAS HELD IN FOUR POINT RESTRAINT(S) FOR (48 HOURS) WEARING CLOTHING THAT WAS SATURATED WITH MASE, AS WERE HER FACE, AND BODY. WHILE IN RESTRAINTS/TORTURE CHAMBER AS DUBBED BY ROGUE OFFICER(S) WHO WISH TO ASSAULT INMATE(S) UNDER THE GUISE OF A JUSTIFIED USE OF FORCE. MISS SMITH INFORMED A UNKNOWN OFFICER WHOM BEGAN FILMING THE INCIDENT WHILE STANDING IN THE ENTRANCE OF THE RESTRAINT CELL/ "TORTURE CHAMBER". THAT SHE INFACT HAD A PREA COMPLAINT. DUE TO MAKING A PREA COMPLAINT ON CAMERA THE S.I.S. AND PSYCHOLOGIST WERE NOTIFIED, BUT BEFORE EITHER DEPARTMENT SHOWED UP. OFFICER WINKLER ORDERED THE CAMERA MAN TO SHUT THE CAMERA OFF, THEN RETRIVED A MASE-BALL FROM HIS POCKET. BEFORE BUSTING IT OPEN WITH HIS HAND(S) AND SPRINKLING THE MASE POWDER ALL-OVER PLAINTIFF'S FACE, SPECIFICALLY PAYING ATTENTION TO HER EYE(S) AS HE MASSAGED THE BURNING POWDER INTO HER EYE(S). MISS SMITH, BEGAN TO BEGG, CRY, SCREAM, AND YELL FOR HELP ALTHOUGH THE ONLY OFFICIAL(S) CAPABLE OF HELPING WERE ALREADY IN ATTENDENCE AND REFUSING TO DO SO. LIEUTENANT, DOUG DALE, OFFICER. GRENWALD, OFFICER. GASTON WERE [INFACT] PRESENT WHEN OFFICER: WINKLER SMEARED MACE

CONTINUENCE OF COMPLAINT 1 OF 4

IN MISS. SMITH'S EYE(S) WHILE STATING IN A THREATENING TONE AND MANNER THAT HE WOULD KNOCK PLAINTIFF'S TEETH OUT, IF SHE MENTIONED ANYTHING ABOUT A PREA COMPLAINT ONCE S.I.S, AND PSYCHOLOGY ARRIVED. PLAINTIFF THEN OUT OF EXTREME FEAR PROMISED THE OFFICER(S) THAT SHE WOULDN'T MENTIONE ANYTHING ABOUT A SEXUAL ASSAULT. LATER THE OFFICER(S) FALSIFIED FEDERAL DOCUMENT(S) AND REFUSED TO ALLOW THE CAMERA MAN TO FILM/RECORD ANY RESTRAINT CHECK(S) SO AS TO AVOID VIDEO-EVIDENCE OF MISS SMITH BEING TORTURED AND/OR THE TECHNIQUE(S) USE TO DO SO, FOR THE PURPOSE OF CAUSING HER PAIN. FURTHERMORE DURING THESE MANDATORY RESTRAINT CHECK(S) WHEN OFFICER GRENWALD WOULD BRING THE USE OF FORCE SHIELD WHICH WOULD BE COVERED WITH MACE, AND USE IT AS A WEAPON TO STRIKE MISS. SMITH IN HER FACE. THE NURSE BUNGARD C. RN ARRIVED AND DEPARTED, BUT WITHOUT RECORDING/DOCUMENTING THE ACCURATE AND/OR TRUE CONDITION OF MISS SMITH. PLAINTIFF HAD A STITCHE(S) WORTHY INJURY ON HER FACE AS WELL AS SWOLLEN HAND(S), AND FEET, WHICH WERE DISCOLORED DUE TO BEING ASSAULTED BY A INMATE AN STAFF ALIKE, AND THEN PLACED IN RESTRAINST(S) THAT WERE UNREASONABLY TIGHT. PLAINTIFF ALSO HAS DAMAGE TO HER NERVE(S) IN HER RIGHT HAND THAT MEDICAL STAFF REFUSE(S) TO DOCUMENT OR EVEN ACKNOWLEDGE, AND THEREFOR HAS [NEGLECTED] MISS SMITH'S MEDICAL NEED(S) INSTEAD OF MALPRACTICE (ERRONEOUS TREATMENT). CRIMINAL NEGLECT/DELIBERATE INDIFFERENCE, TO SERIOUS MEDICAL NEED(S); U.S.A. ACTING THROUGH AGENT(S)/FEDERAL EMPLOYEE(S) DID FAIL TO PROVIDE MEDICAL TREATMENT TO MISS. SMITH FOLLOWING NOTICE OF INJURIE(S) (AT TIME OF INJURIE(S)), AND ALSO FAILED TO DEVISE ANY FUTURE TREATMENT PLAN (INCLUDING CONSULT/ASSESSMENT BY THIRD-PARTY SPECIALIST), FOR MISS. SMITH'S OBVIOUS, AND ALSO REPORTED INJURIE(S).

FURTHERMORE DUE TO BEING AFFRAID FOR HER SAFETY, AND WELL-BEING AFTER BEING THREATENED BY THE DEFENDANT(S) MISS. SMITH DID [NOT] REPORT HER PREA COMPLAINT, UNTIL THE FOLLOWING YEAR FOR THE PURPOSE OF ESCAPING RETALIATION WHICH WAS SURELY TO COME ACCORDING TO THE VIOLENT THREAT(S) ISSUED BY OFFICER: WINKLER. ALSO OFFICER WINKLER AT ONE POINT ENTERED THE RESTRAINT CELL WITHOUT A VIDEO RECORDING DEVICE BEING PRESENT, AND WHILE THE OTHER DEFENDANT(S) WHO WERE PRESENT WATCHE(D) OFFICER: WINKLER STRIKE MISS SMITH IN HER GENITALS, WHILE STATING THAT SHE HAD SMALL GENITALS FOR A BLACK MAN. THE PLAINTIFF IDENTIFIES AS A TRANSGENDER WOMEN IN TRANSITION AND THE COMMENT(S) MADE BY OFFICER WINKLER WAS DEGRADING, IMBARRISING AS WELL AS UNPROFFESSIONAL ACCORDING TO PROGRAM STATEMENT 3420.11, STANDARDS OF EMPLOYEE CONDUCT.

## CONCLUSION

MISS. MATTHEW SMITH WHO IS A TRANSGENDER WOMEN BEING HOUSED AT U.S.P. TERRE HAUTE HAS FILED A STANDARD FORM-95 TORT CLAIM ON JULY OF 2022 CLAIM # TRT-NCR-2022-05990. PLAINTIFF RECIEVED A NOTICE INFORMING HER THAT THE AUTHORITIE(S) THAT BE, HAD 6-MONTH(S) TO RECTIFY AND/OR REPLY TO PLAINTIFF'S ALLEGATION(S) OF INJURY. THE 6-MONTH DEAD LINE WAS [NOT] MET/HONORED, AND ON TWO OCCAISSION(S) AFTER THE DEAD-LINE PLAINTIFF SUBMITTED A STATUS UPDATE REQUEST. THE ANSWER(S) SHE RECIEVED WERE BARE, UN-INFORMATIVE, AND UN-SUFFICENT THUS THE REASON MISS. SMITH HAS NOW SUBMITTED AN (FEDERAL TORT CLAIM ACT) WITH THE UNITED STATES DISTRICT

CONTINUENCE OF COMPLAINT 2 OF 4

COURT REQUESTING THIER ASSISTANCE IN RECIEVING JUSTICE, AND MONETARY COMPENSATION. MISS. SMITH WILL NOW EXPLAIN IN DETAIL AS THE HONORABLE COURT(S) HAS REQUEST THE NATURE, AND EXTENT OF EACH INJURY CAUSED BY THE DEFENDA-NT(S) DIRECTLY OR INDIRECTLY.

## INJURIE(S)/DAMAGE(S)

THROUGHOUT THE FOREGOING INSTANT TORT CLAIM, MISS SMITH WAS INJURED/DAMAGED IN SEVERAL WAY(S), SUCH AS BUT [NOT] LIMITTED TO PHYSICALLY, MENTALLY, EMOTIONALLY, AND OTHERWISE.

PHYSICAL INJURY - SEXUAL ASSAULT BY INMATE: ANTHONY CONWAY AS WELL AS PHYSICAL ASSAULT CAUSING MIGRAIN HEADACHE(S), SWOLLEN FACE, SWOLLEN WRIST, SWOLLEN ANKLE(S), OPEN WOUND/SCAR PERMINENT ON FACE.

PHYSICAL INJURY - INJURY AND DAMAGE BY THE DEFENDANT(S): OFFICER. WINKLER, OFFICER. GRENWALL, OFFICER. GASTON, AND LIEUTENANT DOUGDALE. SEXUAL ASSAULT, VERBAL ASSAULT, UN-NEGCESSISARY USE OF MASE, ASSAULT WITH A WEAPON (SHIELD), TORTURE BY PUNCHE(S), KICK(S), SHOOTING UN-NECCESSISARY MAGE-BALL(S) HUMMILIATION, DEGRADING, DISCRIMINATION, DEFANATION OF CHARACTER, ETC. ALSO BACK INJURY PRE-EXISTING WAS WORSENDED BY ASSAULT, PHYSICAL THEROPY REQUIRED SEE: HEALTH SERVICE DOCUMENT 3 OF 12.

PHYSICAL INJURY - DAMAGE BY THE DEFENDANT(S): U.S.P. THOMSON CAPTAIN.HESS, AND WARDEN. GONZALIS, WHO ARE LIABLE THROUGH AGENT(S) ACTING AS FEDERAL EMPLOYEE(S). THAT INJURED MISS SMITH WHEN THEY COMMITTED AN ASSAULT AND BATTERY OF A GRATUTOUS NATURE, WHICH WAS ABSOLUTELY UNREASONABLE. A PRISONER(S) SAFETY ¿ SECURITY IS PARAMOUNT, THEREFORE IF THE DEFENDANT(S) CAN'T DELIGATE THE PROPER AUTHORITY WHO WILL, AND/OR CAN ENSURE THE SAFETY ¿ SECURITY OF MISS.SMITH'S. THEN THE DEFENDANT(S) THEMSELVES [MUST] TAKE STEP(S) TO ENSURE MISS. SMITH'S SECURITY, SAFETY, AND WELL-BEING.

PHYSICAL INJURY - DAMAGE BY THE DEFENDANT(S): PRIVATE CONTRACTORS. GEO GROUP, WHO ARE LIABLE THRO-UGH EMPLOYEE(S) OF THE (F.B.O.P., D.O.J.), WHO VIOLATED THE CONDUCT/OBLIGATION OF CONTRACT(S) KNOWING THAT MISS. SMITH SECURITY, AND SAFETY IS PARAMOUNT.

PHYSICAL INJURY - DAMAGE BY THE DEFENDANT(S): HEALTH SERVICE(S) HAS DISPLAYED CRIMINAL NEGLECT/DELI-BERATE INDIFFERENCE TO SERIOUS MEDICAL NEED(S); U.S.A. ACTING THROUGH AGENT(S)/FEDERAL EMPLOYEE(S) FAILED TO PROVIDE MEDICAL TREATMENT FOLLOWING NOTICE OF INJURY(S) (AT THE TIME OF INJURY) THEY ALSO FAILED TO DEVISE ANY FUTURE TREATMENT PLAN (INCLUDING CONSULT/ASSESTMENT BY THIRD-PARTY SPECIAL-

CONTINUENCE OF COMPLAINT 3 OF 4

IST FOR PLAINTIFF'S (OBVIOUS, AND ALSO REPORTED) INJURIE(S) THEREBY CONSTITUTING NEGLECT.

MENTAL, AND EMOTIONAL -INJURY/DAMAGE: DEPRESSION, TRAUMA, ANXIETY, P.T.S.D., AS WELL AS EMOTIONALLY HANDY-CAP. PLAINTIFF HAS NOT ONLY BEEN PRESCRIBED MEDICATION(S), BUT HAS HAD DOSAGE INCREASES POST MENTAL DAMAGE. MISS. SMITH HAS MADE SEVERAL SUICIDE ATTEMPT(S), AND CONTINUOUSLY CONTEMPLATES SUICIDE TO STOP THE UNBEARABLE PAIN WITHIN HER MIND, SOUL, AND SPIRIT.

OTHER INJURIE(S), AND DAMAGE(S) - BY[ALL] DEFENDANT(S) CAUSED DIRECTLY AND/OR INDIRECTLY: VIOLATION(S) SUCH AS BUT NOT LIMITED TO THE[FIRST AMENDMENT]= FREEDOM OF SEXUAL ORIENTATION, [FIFTH AMENDMENT]= THE RIGHT TO DUE PROCESS [EIGHTH AMENDMENT]= THE RIGHT TO[NOT] BE SUBJECTED TO CRUEL, AND UN-USUAL PUNISHMENT. THE VIOLATION OF FEDERAL RULE(S) OF CRIMINAL PROCEEDURE, AND UNITED STATES CODE(S) LAW: 18: U.S.C. § CHAPTER 13 SECTION 241 CONSPIRACY AGAINST RIGHT(S).

18: U.S.C. § 242 DEPRIVATION OF RIGHT(S) UNDER COLOR OF LAW;

18: U.S.C. § 249 HATE CRIME(S) ACT;

18: U.S.C. § 1622 SUBORNATION OF PERJURY;

18: U.S.C. § 2340(A) TORTURE.

FOR THE INJURIE(S), AND DAMAGE(S) ALLEDGED ABOVE/WITHIN MISS. MATTHEW SMITH IS SEEKING MONETARY COMPENSATION TO THE SUM OF: 6,000,000.00 [SIX MILLION DOLLAR(S)] IN U.S. CURRENCY. TO BE PAID IN FULL BY[ALL] DEFENDANT(S) IN THIER INDIVISUAL, AND OFFICIAL CAPACITIE(S)....

RESPECTFULL SUBMITTED

Matthew Michael Smith

CONTINUENCE OF COMPLAINT 4 OF 4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

MONETAIRY COMPENSATION SIX MILLION DALLORS, UNITED STATES CURRENGY

$(6,000,000.00)

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___11th___ day of ___JUNE___, 20__23__

_Matthew Michael Smith_
(Signature of plaintiff or plaintiffs)

___MATTHEW MICHAEL SMITH___
(Print name)

___21897-017___
(I.D. Number)

___UNITED STATES PENITENTAIRY TERRE HAUTE___

___P.O.BOX 33___

___TERRE HAUTE, IN, 47808___
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]