[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

_____MATTHEW M. SMITH_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

_____WARDEN, GONZALIS_____

_____CAPTAIN, HESS_____

_____PRIVATE CONTRACTOR, GEO GROUP_____

_____LIEUTENANT, DOUGDALE_____

_____OFFICER, M.WINKLER_____

_____OFFICER, GRENWALD_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**RECEIVED**

JUN 15 2023

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

Case No: **23-50226**
(To be supplied by the Clerk of this Court)

_____OFFICER, GASTON_____

_____HEALTH SERVICE, DEPARTMENT_____

_____INMATE, ANTHONY CONWAY_____

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

___√___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.      **Plaintiff(s):**

    A.    Name: __MATTHEW MICHEAL SMITH__

    B.    List all aliases: __NONE__

    C.    Prisoner identification number: __21897-017__

    D.    Place of present confinement: __TERRE HAUTE INDINA, U.S.P.__

    E.    Address: __P.O. BOX 33 TERRE HAUTE, INDIANA 47808.__

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.     **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: __GONZALES__

           Title: __WARDEN__

           Place of Employment: __U.S.P. THOMSON, P.O. BOX 1002, THOMSON, IL 61285__

    B.    Defendant: __HESS__

           Title: __CAPTAIN__

           Place of Employment: __U.S.P. THOMSON, P.O. BOX 1002, THOMSON IL 61285 B__

    C.    Defendant: __GEO GROUP__

           Title: __PRIVATE CONTRACTOR__

           Place of Employment: __GEO GROUP, 4955 TECHNOLOGY WAY, BOCA; RATON FL 33431__

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

ONE ADDITIONAL DEFENDANT PAGE

2                                                                                       Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## (1) CONTINUENCE OF PAGE (2) ADITIONAL DEFENDANT(S)

DEFENDANT: __MEDICAL__

TITLE: __HEALH SERVICE__

PLACE OF EMPLOYMENT: __U.S.P THOMSON, P.O. BOX 1002, THOMSON, IL 61285...__

DEFENDANT: __DOUGDALE__

TITLE: __LIEUTENANT__

PLACE OF EMPLOYMENT: __U.S.P. THOMSON P.O. BOX 1002, THOMSON IL, 61285...__

DEFENDANT: __M. WINKLER__

TITLE: __OFFICER__

PLACE OF EMPLOYMENT: __U.S.P. THOMSON, P.O. BOX 1002, THOMSON, IL, 61285...__

DEFENDANT: __GASTON__

TITLE: __OFFICER__

PLACE OF EMPLOYMENT: __U.S.P. THOMSON P.O. BOX 1002, THOMSON IL, 61285...__

DEFENDANT: __GRENWALD__

TITLE: __OFFICER__

PLACE OF EMPLOYMENT: __U.S.P. THOMSON P.O. BOX 1002, THOMSON IL 61285...__

DEFENDANT: __ANTHONY GONWAY__

TITLE: __INMATE__

PLACE OF EMPLOYMENT: __FEDERAL INMATE DETAIL__

—END—

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ *NONE* _____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ *NONE* _____

D. List all defendants: _____ *NONE* _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____ *NONE* _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ *NONE* _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

THIS COMPLAINT AUTHORE(D) BY YOUR PLAINTIFF "HEREANDAFTER" REFERRED TO AS MATTHEW SMITH IS AN DIRECT RESULT OF A INMATE ON INMATE SEXUAL ASSAULT. THAT LED TO AN VERBAL, AND PHYSICAL ASSAULT ON A INMATE BY ROGUE FEDERAL BUREAU OF PRISONS EMPLOYEE(S). WHO HAD A MEETING OF THE MIND(S), AND CONSPIRED TO NOT ONLY HAVE MISS. SMITH ASSAULTED BY ANOTHER PRISONER BUT TO FURTHER ASSAULT HER THEMSELVE(S). THEN COLLABORATE FICTISCOUS ACCOUNT(S) OF EVENT(S) TO EITHER JUSTIFY AND/OR HIDE THIER MIS-CONDUCT, TO ESCAPE PUNISHMENT/REPRIMED. ALSO THESE MENTIONED ROGUE OFFICIAL(S) HAS FALSIFIED FEDERAL DOCUMENT(S), THUS FURTHER INJURING/CAUSING DAMAGE TO THE PLAINTIFF WHEN VIOLATING HER DUE PROCESS RIGHT(S), WHICH IS AFFORDED/GARUNTEED TO HER BY THE UNITED STATES CONSTITUTION.

ON THE DATE OF: AUGUST, 25, 2021 AFTER BEING SEXUALLY ASSAULTED ON NUMEROUS OCCA-SSION(S) BY MY CELL-MATE: ANTHONY CONWAY. I AWOKE AROUND 7:30 A.M. WITH THE INTENTION'S OF REPORTING THE SEXUAL ASSAULT(S)/ABUSE. ALTHOUGH I WAS AFFRAID FOR MY LIFE. I UNDERSTOOD THAT I [MUST] REPORT THE CRIME TO BE REMOVED FROM MY ASSAULTER(S) PRENCENSE AS WELL AS TO RECIEVE MUCH NEEDED HELP MEDICAL, MENTALLY, AND/OR OTHER-WISE. IT WAS DURING OR INBET-WEEN THE HOUR(S) OF 8:00 A.M., AND 11:00 A.M., WHEN I NOTICED THAT OFFICER: WINKLER WAS CONDUCTING A ROUTINE (30 MIN) SECURITY ROUND ON RANGE(3) OF (F-UNIT). I STOPPED THE OFFICER AS HE PASSED MY CELL WHICH WAS #304, AND ATTEMPTED TO QUIETY INFORM HIM ON THE

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SITUATION AND THAT I NEEDED TO REPORT/FILE A P.R.E.A. COMPLAINT. THIS PARTICULAR OFFICER ALONG WITH SEVERAL OTHER OFFICER(S) HAS MADE IT CLEAR THAT THEY [HATE] PRISONER(S) WHO ARE MEMBER(S) OF THE (L.G.B.T.Q) COMMUNITY, OF WHICH I AM PROUDLY APART OF, AS I AM A TRANSGENDER WOMEN. HOWEVER I WAS DESPERATE FOR HELP SO I REACHED OUT TO OFFICER: WINKLER INSPITE OF HIS PAST DISCRIMINATIVE, AND DISRESPECTFUL ACTION(S) TOWARD'S ME. AFTER HEARING THAT I WAS ATTEMPTING TO MAKE A VERBAL COMPLAINT OF P.R.E.A. AGAINST MY ATTACKER, WHO WAS ASLEEP AT THE TIME. OFFICER: WINKER YELLED OUT TO MY CELL-MATE MR. CONWAY TO COME TO THE DOOR, AND THEN EXPLAINED TO HIM THAT I WAS ATTEMPTING TO REPORT HIS ASSAULT ON ME. MR. WINKLER THEN ORDERED MR. CONWAY TO PHYSICALLY ASSAULT ME FOR "SNITCHING" ON HIM. OFFICER: WINKLER THEN WALKED AWAY FROM THE CELL AS INMATE, CONWAY IN CLEARLY PROVOKED RAGE, APPROACHED THE PLAINTIFF AND BEGAN TO ASSAULT HER. WHEN HE BEGAN TO PUNCH HER IN THE FACE AN UPPER TORSO AREA AS MISS SMITH SCREAMED OUT OF PAIN, AND FOR HELP. STILL YET THIS ASSAULT LASTED FOR (30. MIN) UNTIL OFFICER: WINKLER RETURNED DURING ANOTHER ROUND. AFTER PEEPING IN THE INMATE(S) CELL, AND NOTICING THAT MR. CONWAY WAS VIOLENTLY KICKING, AND STOMPING MISS. SMITH WHILE SHE WAS ATTEMPTING TO HIDE UNDER THE BED. OFFICER: WINKLER THEN STATED TO MR. CONWAY THAT HE DIDN'T SEE MS: SMITH BLEEDING, AND THAT IF HE BEAT ME UNTIL I WAS NOTICELY BLOODY THEN HE WOULD "OWE HIM A FAVOR". THEN OFFICER WINKLER WALKED AWAY MY CELL WINDO, AS MR: CONWAY DRUGG ME FROM UNDER THE BUNK, AND KICKED ME IN MY FACE CAUSING ME TO BLEED FROM A GASH/WOUND ON THE RIGHT SIDE OF MY FACE FOR WHICH I NEVER RECIEVED NEEDED STITCHES [VIA] PROPER MEDICAL ATTENTION/TREATMENT. THIS ABOVE MENTIONED ASSAULT CONTINUED FOR ANOTHER HALF HOUR BEFORE OFFICER: WINKLER RETURNED FOR ANOTHER SECURITY ROUND. AN I BEGAN BEGGING HIM TO PLEASE REMOVE ME

5

Revised 9/2007

4 ATTACHMENT(S) FOR CONTINUENCE OF COMPLAINT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FROM THE CELL. EVEN NOTICING THAT MISS SMITH'S FACE AN BODY WAS SWOLLEN, AND ALSO THAT SHE WAS IN OBVIOUS PAIN DUE TO THE PUNCHES AND KICK(S) THAT SHE WAS FORCED TO ENDURE WHILE BEING ASSAULTED BY MR. CONWAY. OFFICER WINKLER WHO WAS SATISFIED WITH SEEING THE BLEE-DING OPEN WOUND ON MISS. SMITH'S FACE, LEFT THE CELL ONLY TO RETURN (10 MIN) LATER WITH OFFICER GASTON WHO TOLD MR. CONWAY TO HOLD MISS. SMITH. WHILE SIMULTANEOUSLY OPENING THE FOOD-SLOT. ONCE MR. CONWAY HELD PLAINTIFF IN A SECURED POSITION INFRONT OF HIS BODY WITH HIS ARM(S) WRAPPED UNDER & AROUND HER ARMPIT(S) WITH HIS HAND(S) CLASPED BEHIND NECK. OFFICER: GASTON BEGAN TO FIRE A MASE-BALL GUN AT PLAINTIFF AT [CLOSE PROXIMITY]. OFFICER: GASTON PURPOSELY, AND MALICOUSLY DISCHARGED MASE-BALL(S) INTO MISS SMITH'S FACE, NECK AND UPPER-TORSO, BEFORE OFFICER: WINKLER ORDERED MR. CONWAY TO RELEASE THE PLAINTIFF, AND SUBMIT TO HAND-RESTRAINT(S), FIRST SO HE COULD BE REMOVED FROM THE CELL, SO AS NOT TO BE AFFECTED BY THE UNBARRABLE MASE SIDE AFFECT(S). AFTER MR. CONWAY COMPLIED, MISS SMITH THEN SUBMITTED TO HAND RESTRAINT(S), AND WAS ORDERED BY OFFICER WINKLER TO STEP TO THE BACK OF THE CELL SO INMATE: CONWAY COULD LEAVE FIRST. THE CELL DOOR WAS THEN OPENED, AND OFFICER: WINKLER PULLED MR. CONWAY OUT (INFRONT OF HIS BODY), THUS OFFICER: WINKLER'S VERSION SUBMITTED [VIA] MEMO, AFTER ACTION REPORT, AND INCIDENT REPORT ALLEDGING THAT MISS. SMITH ASSAULTED HIM BY KICKING HIM IN THE CROTCH AREA WAS OBVIOUSLY FABRICATED TO JUSTIFY A UNWARRANTED IMEDIATE USE OF FORCE. WHEN PLAINTIFF EXITED THE CELL AFTER BEING ORDERED TO DO SO, SEVERAL OFFICER(S) SUCH AS BUT NOT LIMITED TO OFFICER. GRENWALD, OFFICER. GASTON, AND OFFICER. WINKLER ASSAULED MISS SMITH, WHEN AFTER SHE WAS THROWN TO THE GROUND THEY BEGAN TO PUNCH, AND KICK HER VICIOU-LY. AFTER BEING BEAT UP/ASSAULTED INFRONT OF MY CELL ON CAMERA THE OFFICER(S) THEN DRUGG ME TO CELL #323 RESTRAINT CELL [WITHOUT] ALLOWING ME AN [DECONTAMINATION] SHOWER, AND A CHANGE OF CLOTHE(S) AS EXPECTED CONCERNING THE USE OF FORCE PROTOCAL, AND THE USAGE OF MACE. MISS SMITH WAS HELD IN FOUR POINT RESTRAINT(S) FOR (48 HOURS) WEARING CLOTHING THAT WAS SATURATED WITH MASE, AS WERE HER FACE, AND BODY. WHILE IN RESTRAINTS/TORTURE CHAMBER AS DUBBED BY ROGUE OFFICER(S) WHO WISH TO ASSAULT INMATE(S) UNDER THE GUISE OF A JUSTIFIED USE OF FORCE. MISS SMITH INFORMED A UNKNOWN OFFICER WHOM BEGAN FILMING THE INCIDENT WHILE STANDING IN THE ENTRANCE OF THE RESTRAINT CELL/ "TORTURE CHAMBER", THAT SHE INFACT HAD A PREA COMPLAINT. DUE TO MAKING A PREA COMPLAINT ON CAMERA THE S.I.S. AND PSYCHOLOGIST WERE NOTIFIED, BUT BEFORE EITHER DEPARTMENT SHOWED UP, OFFICER. WINKLER ORDERED THE CAMERA MAN TO SHUT THE CAMERA OFF, THEN RETRIVED A MASE-BALL FROM HIS POCKET, BEFORE BUSTING IT OPEN WITH HIS HAND(S) AND SPRINKLING THE MASE POWDER ALL-OVER PLAINTIFF'S FACE, SPECIFICALLY PAYING ATTENTION TO HER EYE(S) AS HE MASSAGED THE BURNING POWDER INTO HER EYE(S). MISS SMITH, BEGAN TO BEGG, CRY, SCREAM, AND YELL FOR HELP ALTHOUGH THE ONLY OFFICIAL(S) CAPABLE OF HELPING WERE ALREADY IN ATTENDENCE AND REFUSING TO DO SO. LIEUTENANT. DOUG DALE, OFFICER. GRENWALD, OFFICER. GASTON WERE [INFACT] PRESENT WHEN OFFICER: WINKLER SMEARED MACE

CONTINUENCE OF COMPLAINT 1 of 4

IN MISS. SMITH'S EYE(S) WHILE STATING IN A THREATENING TONE AND MANNER THAT HE WOULD KNOCK PLAINTIFF'S TEETH OUT. IF SHE MENTIONED ANYTHING ABOUT A PREA COMPLAINT ONCE S.I.S. AND PSYCHOLOGY ARRIVED. PLAINTIFF THEN OUT OF EXTREME FEAR PROMISED THE OFFICER(S) THAT SHE WOULDN'T MENTIONE ANYTHING ABOUT A SEXUAL ASSAULT. LATER THE OFFICER(S) FALSIFIED FEDERAL DOCUMENT(S) AND REFUSED TO ALLOW THE CAMERA MAN TO FILM/RECORD ANY RESTRAINT CHECK(S) SO AS TO AVOID VIDEO-EVIDENCE OF MISS SMITH BEING TORTURED AND/OR THE TECHNIQUE(S) USE TO DO SO. FOR THE PURPOSE OF CAUSING HER PAIN. FURTHERMORE DURING THESE MANDATORY RESTRAINT CHECK(S) WHEN OFFICER GRENWALD WOULD BRING THE USE OF FORCE SHIELD WHICH WOULD BE COVERED WITH MACE, AND USE IT AS A WEAPON TO STRIKE MISS. SMITH IN HER FACE. THE NURSE BUNGARD C. RN ARRIVED AND DEPARTED, BUT WITHOUT RECORDING/DOCUMENTING THE ACCURATE AND/OR TRUE CONDITION OF MISS. SMITH. PLAINTIFF HAD A STITCHE(S) WORTHY INJURY ON HER FACE AS WELL AS SWOLLEN HAND(S), AND FEET. WHICH WERE DISCOLORED DUE TO BEING ASSAULTED BY A INMATE AN STAFF ALIKE. AND THEN PLACED IN RESTRAINST(S) THAT WERE UNREASONABLY TIGHT. PLAINTIFF ALSO HAS DAMAGE TO HER NERVE(S) IN HER RIGHT HAND THAT MEDICAL STAFF REFUSE(S) TO DOCUMENT OR EVEN ACKNOWLEDGE. AND THEREFOR HAS [NEGLECTED] MISS SMITH'S MEDICAL NEED(S) INSTEAD OF MALPRACTICE (ERRONEOUS TREATMENT). CRIMINAL NEGLECT/DELIBERATE INDIFFERENCE. TO SERIOUS MEDICAL NEED(S); U.S.A. ACTING THROUGH AGENT(S)/FEDERAL EMPLOYEE(S) DID FAIL TO PROVIDE MEDICAL TREATMENT TO MISS. SMITH FOLLOWING NOTICE OF INJURIE(S) (AT TIME OF INJURIE(S)). AND ALSO FAILED TO DEVISE ANY FUTURE TREATMENT PLAN (INCLUDING CONSULT/ASSESSMENT BY THIRD-PARTY SPECIALIST). FOR MISS. SMITH'S OBVIOUS, AND ALSO REPORTED INJURIE(S).

FURTHERMORE DUE TO BEING AFFRAID FOR HER SAFETY, AND WELL-BEING AFTER BEING THREATENED BY THE DEFENDANT(S) MISS. SMITH DID [NOT] REPORT HER PREA COMPLAINT. UNTIL THE FOLLOWING YEAR FOR THE PURPOSE OF ESCAPING RETALIATION WHICH WAS SURELY TO COME ACCORDING TO THE VIOLENT THREAT(S) ISSUED BY OFFICER: WINKLER. ALSO OFFICER WINKLER AT ONE POINT ENTERED THE RESTRAINT CELL WITHOUT A VIDEO RECORDING DEVICE BEING PRESENT, AND WHILE THE OTHER DEFENDANT(S) WHO WERE PRESENT WATCHE(D) OFFICER: WINKLER STRIKE MISS SMITH IN HER GENITALS, WHILE STATING THAT SHE HAD SMALL GENITALS FOR A BLACK MAN. THE PLAINTIFF IDENTIFIES AS A TRANSGENDER WOMEN IN TRANSITION AND THE COMMENT(S) MADE BY OFFICER WINKLER WAS DEGRADING, IMBARRISING AS WELL AS UNPROFFESSIONAL ACCORDING TO PROGRAM STATEMENT 34 20.1 1. STANDARDS OF EMPLOYEE CONDUCT.

## CONCLUSION

MISS. MATTHEW SMITH WHO IS A TRANSGENDER WOMEN BEING HOUSED AT U.S.P. TERRE HAUTE HAS FILED A STANDARD FORM-95 TORT CLAIM ON JULY OF 2022 CLAIM # TRT-NCR-2022-05990. PLAINTIFF RECIEVED A NOTICE INFORMING HER THAT THE AUTHORITIE(S) THAT BE, HAD 6-MONTH(S) TO RECTIFY AND/OR REPLY TO PLAINTIFF'S ALLEGATION(S) OF INJURY. THE 6-MONTH DEAD LINE WAS [NOT] MET/HONORED, AND ON TWO OCCAISSION(S) AFTER THE DEAD-LINE PLAINTIFF SUBMITTED A STATUS UPDATE REQUEST. THE ANSWER(S) SHE RECIEVED WERE BARE, UN-INFORMATIVE, AND UN-SUFFICENT THUS THE REASON MISS. SMITH HAS NOW SUBMITTED AN (FEDERAL TORT CLAIM ACT) WITH THE UNITED STATES DISTRICT

CONTINUENCE OF COMPLAINT 2 OF 4

COURT REQUESTING THIER ASSISTANCE IN RECIEVING JUSTICE, AND MONETARY COMPENSATION. MISS. SMITH WILL NOW EXPLAIN IN DETAIL AS THE HONORABLE COURT(S) HAS REQUEST THE NATURE, AND EXTENT OF EACH INJURY CAUSED BY THE DEFENDA-NT(S) DIRECTLY OR INDIRECTLY.

## INJURIE(S) / DAMAGE(S)

THROUGHOUT THE FOREGOING INSTANT TORT CLAIM, MISS SMITH WAS INJURED/DAMAGED IN SEVERAL WAY(S). SUCH AS BUT[NOT] LIMITTED TO PHYSICALLY, MENTALLY, EMOTIONALLY, AND OTHERWISE.

PHYSICAL INJURY - SEXUAL ASSAULT BY INMATE: ANTHONY CONWAY AS WELL AS PHYSICAL ASSAULT CAUSING MIGRAIN HEADACHE(S), SWOLLEN FACE, SWOLLEN WRIST, SWOLLEN ANKLE(S), OPEN WOUND/SCAR PERMINENT ON FACE.

PHYSICAL INJURY- INJURY AND DAMAGE BY THE DEFENDANT(S): OFFICER. WINKLER, OFFICER. GRENWALL, OFFICER. GASTON, AND LIEUTENANT DOUGDALE. SEXUAL ASSAULT, VERBAL ASSAULT, UN-NEGGESSISARY USE OF MASE, ASSAULT WITH A WEAPON (SHIELD), TORTURE BY PUNCHE(S), KICK(S), SHOOTING UN-NEGGESSISARY MAGE-BALL(S) HUMMILIATION, DEGRADING, DISCRIMINATION, DEFAMATION OF CHARACTER, ETC. ALSO BACK INJURY PRE-EXISTING WAS WORSENDED BY ASSAULT, PHYSICAL THERAPY REQUIRED SEE: HEALTH SERVICE DOCUMENT 3 OF 12.

PHYSICAL INJURY-DAMAGE BY THE DEFENDANT(S): U.S.P. THOMSON CAPTAIN.HESS, AND WARDEN. GONZALIS, WHO ARE LIABLE THROUGH AGENT(S) ACTING AS FEDERAL EMPLOYEE(S). THAT INJURED MISS SMITH WHEN THEY COMMITTED AN ASSAULT AND BATTERY OF A GRATUTOUS NATURE, WHICH WAS ABSOLUTELY UNREASONABLE. A PRISONER(S) SAFETY & SECURITY IS PARAMOUNT, THEREFORE IF THE DEFENDANT(S) CAN'T DELIGATE THE PROPER AUTHORITY WHO WILL. AND/OR CAN ENSURE THE SAFETY & SECURITY OF MISS.SMITH'S. THEN THE DEFENDANT(S) THEMSELVES [MUST] TAKE STEP(S) TO ENSURE MISS. SMITH'S SECURITY, SAFETY, AND WELL-BEING.

PHYSICAL INJURY - DAMAGE BY THE DEFENDANT(S): PRIVATE CONTRACTORS. GEO GROUP, WHO ARE LIABLE THRO-UGH EMPLOYEE(S) OF THE(F.B.O.P., D.O.I.), WHO VIOLATED THE CONDUCT/OBLIGATION OF CONTRACT(S) KNOWING THAT MISS.SMITH SECURITY, AND SAFETY IS PARAMOUNT.

PHYSICAL INJURY- DAMAGE BY THE DEFENDANT(S): HEALTH SERVICE(S) HAS DISPLAYED CRIMINAL NEGLECT/ DELI-BERATE INDIFFERENCE TO SERIOUS MEDICAL NEED(S); U.S.A. ACTING THROUGH AGENT(S)/FEDERAL EMPLOYEE(S) FAILED TO PROVIDE MEDICAL TREATMENT FOLLOWING NOTICE OF INJURY(S) (AT THE TIME OF INJURY) THEY ALSO FAILED TO DEVISE ANY FUTURE TREATMENT PLAN (INCLUDING CONSULT/ASSESTMENT BY THIRD-PARTY SPECIAL-

CONTINUENCE OF COMPLAINT 3 OF 4

IST FOR PLAINTIFF'S (OBVIOUS, AND ALSO REPORTED) INJURIE(S) THEREBY CONSTITUTING NEGLECT.

MENTAL, AND EMOTIONAL - INJURY/DAMAGE: DEPRESSION, TRAUMA, ANXIETY, P.T.S.D., AS WELL AS EMOTIONALLY HANDY-CAP. PLAINTIFF HAS NOT ONLY BEEN PRESCRIBED MEDICATION(S), BUT HAS HAD DOSAGE INCREASES POST MENTAL DAMAGE. MISS. SMITH HAS MADE SEVERAL SUICIDE ATTEMPT(S), AND CONTINUOUSLY CONTEMPLATE'S SUICIDE TO STOP THE UNBEARABLE PAIN WITHIN HER MIND, SOUL, AND SPIRIT.

OTHER INJURIE(S), AND DAMAGE(S) - BY [ALL] DEFENDANT(S) CAUSED DIRECTLY AND/OR INDIRECTLY: VIOLATION(S) SUCH AS BUT NOT LIMITED TO THE [FIRST AMENDMENT] = FREEDOM OF SEXUAL ORIENTATION, [FIFTH AMENDMENT] = THE RIGHT TO DUE PROCESS, [EIGHTH AMENDMENT] = THE RIGHT TO [NOT] BE SUBJECTED TO CRUEL, AND UN-USUAL PUNISHMENT. THE VIOLATION OF FEDERAL RULE(S) OF CRIMINAL PROCEEDURE, AND UNITED STATES CODE(S) LAW: 18:U.S.C.§ CHAPTER 13 SECTION 241 CONSPIRACY AGAINST RIGHT(S).

18:U.S.C.§ 242 DEPRIVATION OF RIGHT(S) UNDER COLOR OF LAW;

18:U.S.C.§ 249 HATE CRIME(S) ACT;

18:U.S.C§ 1622 SUBORNATION OF PERJURY;

18:U.S.C.§ 2340(A) TORTURE.

FOR THE INJURIE(S), AND DAMAGE(S) ALLEDGED ABOVE/WITHIN MISS. MATTHEW SMITH IS SEEKING MONETARY COMPENSATION TO THE SUM OF: 6,000,000.00 [SIX MILLION DOLLAR(S)] IN U.S. CURRENCY. TO BE PAID IN FULL BY [ALL] DEFENDANT(S) IN THIER INDIVIDUAL, AND OFFICIAL CAPACITIE(S)....

RESPECTFULL SUBMITTED

*Matthew Michael Smith*

CONTINUENCE OF COMPLAINT 4 OF 4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

MONETAIRY COMPENSATION SIX MILLION DALLORS, UNITED STATES CAURRENGY

$(6,000,000.00)

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___11th___ day of ___JUNE___, 20_23_

_Matthew Michael Smith_
(Signature of plaintiff or plaintiffs)

___MATTHEW MICHAEL SMITH___
(Print name)

___21897-017___
(I.D. Number)

___UNITED STATES PENITENTAIRY TERRE HAUTE___

___P.O. BOX 33___

___TERRE HAUTE, IN, 47808___
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*TRT-NCR-2022-05990* *(handwritten)*

# Bureau of Prisons
## Health Services
## Clinical Encounter

*page #1 of 12 (handwritten)*

| | | |
|---|---|---|
| Inmate Name: SMITH, MATTHEW M | | Reg #: 21897-017 |
| Date of Birth: 11/29/1985 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 11/08/2022 09:02 | Provider: Bungard, C. RN | Unit: H02 |

Nursing - Follow up encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1    Provider:  Bungard, C. RN

Chief Complaint:   Skin Problem
Subjective:    Inmate requests documentation of marks and scars on skin from prior time in restraints.
Pain:    No

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/08/2022 | 09:47 TOM | 70 | | | Bungard, C. RN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/08/2022 | 09:47 TOM | 16 | Bungard, C. RN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/08/2022 | 09:47 TOM | 129/93 | Right Arm | Standing | Adult-large | Bungard, C. RN |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/08/2022 | 09:47 TOM | 100 | | Bungard, C. RN |

**ASSESSMENT:**

Other

Inmate states that they were last in restraints approximately August 25, 2021. They wish to have their scars documented; however, they feel that the emotional injuries that they have from being in restraints have left a greater impact. They are asking to speak with psychology about this as they state that it still affects them, sometimes causing bouts of crying at night.

Skin assessment completed.
Open Wounds Observed: no
Wrist: no
Ankles: no
Abdomen: no
Back: no
Scarring Observed: yes
Wrist: Left-long linear area of darkened skin on dorsal aspect (5cm approx. length), Right- 5th finger side of wrist has annular area of darkened calloused skin (2.5cm approx. diameter)
Ankles: R ankle- annular area of darkened skin proximal to lateral malleolus (3cm approx. diameter), Left-linear area of darkened skin crossing the lateral malleolus (2.5cm approx. length)
Abdomen: none observed
Back: at midline of lower back there is a faint linear area of darkened skin approximately 8cm in length

*Margin handwritten note: I have permanent emotional and physical scars, from my time in restraints on 8-25-21.*

| | | | |
|---|---|---|---|
| Inmate Name: SMITH, MATTHEW M | | Reg #: | 21897-017 |
| Date of Birth: 11/29/1985 | Sex: M Race: BLACK | Facility: | TOM |
| Encounter Date: 11/08/2022 09:02 | Provider: Bungard, C. RN | Unit: | H02 |

## PLAN:

### Disposition:

Follow-up at Sick Call as Needed

### Other:

Plan- Psychology will be notified that the inmate wishes to speak with them regarding time in restraints.

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/08/2022 | Counseling | Access to Care | Bungard, C. | Verbalizes Understanding |
| 11/08/2022 | Counseling | Plan of Care | Bungard, C. | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Bungard, C. RN on 11/08/2022 09:59

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Brunn, A. PsyD.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Consultation Request

| | |
|---|---|
| **Inmate Name:** SMITH, MATTHEW M | **Reg #:** 21897-017   **Complex:** TOM |
| **Date of Birth:** 11/29/1985 | **Sex:** M |

**Report of Consultation:** Physical Therapy

**Subtype:** Inhouse Physical Therapy Eval

**Inmate Name:** SMITH, MATTHEW M

**Reg #:** 21897-017

**Date of Birth:** 11/29/1985

**Sex:** M

**Institution:** THOMSON ADMIN USP
1100 ONE MILE ROAD
THOMSON, Illinois 61285

*(left margin, handwritten, rotated)* I am currently taking pain medication and go to physical therapy to treat this injury.

**Assessment:** Pt in restraints (UEs)

Chronic LBP following MVA in 2006. Popped "his back several wks ago, pain is worse now esp. ® Side. Also describes incident 8/25/21 c̄ C.O. which worsened LBP. States every time he steps on ® foot it bothers his back. Was prescribed anti-inflammatory but made him ill, & is requesting a prescription pain med. P! rating 10/10 in bed, 9/10 walking, 5/10 sitting. 3/10/22 radiographs were ⊖ Denies LE radicular Sts. ⨀
Posture: Exaggerated lumbar lordosis, no lateral shift.
Standing Trunk AROMs - Grossly ↓ 80-90% throughout c̄ c/o ® Sided LBP.
LE Neuro: Patellar & Achilles reflexes ⊕2 ® & ⊖. ® myotomes & dermatomes NT.
Gluteus medius & maximus Strength (in supine) 3 to 3+/5, bilaterally.
SLR - Very limited 2° severe HS tightness.
Flexibility - ① 90/90 HS is ⊖55° ® & ⊖50° ©. ② Piriformis - severe tightness bilaterally.

**Plan:**
Rx Today: ① Pt education re: anatomy, physiology, pathology.
② Pt was instructed in an appropriate HEP, copy of handout enclosed.
③ Pt questions & concerns were addressed.
Pt tolerated today's eval & Rx well c̄ good attention & effort throughout.

**Signature**

**Date** 4/20/22

**Completed By:**
Lynnette Jones, P.T.

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Inmate not to be informed of appointment dates.**

Billable charges
97162 PT eval - moderate complexity
97110 Therapeutic exercise
97530 Therapeutic activities

Smith, Matthew M.
# 21897-017
PT HEP
4/20/22
Page 1 (2 total)

2-3x Daily

## HIP and KNEE - 38 Stretching
### Supine Hamstring Stretch

3-5 minutes each leg

→ Intermittently flex foot toward your trunk for 3-5 seconds.

Lying on back and supporting thigh behind knee, slowly straighten knee until a stretch is felt in back of thigh.
Hold____seconds. Repeat____times.
Do 3 sessions per day.

Copyright VHI 1990



stretch knee toward opposite shoulder
3-5 minutes each leg

*Pyriformis Stretch*

## BACK - 18 Single Knee to Chest Stretch

2 minutes each leg



Pull one knee in to chest until a comfortable stretch is felt in the lower back and buttocks. Repeat with opposite knee.
Hold____seconds. Repeat____times on each side.
Do____sessions per day.

Copyright VHI 1990

## BACK - 19 Double Knee to Chest Stretch

2-3 minutes



Pull both knees in to chest until a comfortable stretch is felt i lower back. Keep back relaxed.
Hold____seconds. Repeat____times.
Do____sessions per day.

Copyright VHI 19

Smith, Matthew M.
#21897-017
PT HEP
4/20/22
Page 2

## BACK - 16 Lower Trunk Rotation Stretch

2-3 minutes each way



Keeping back flat and feet together, rotate knees to one side.
Hold_____seconds. Repeat_____times on each side.
Do_____sessions per day.           *Copyright VHI 1990*

## BACK - 1 Prone on Elbows

5 minutes



Raise up on elbows as high as possible, keeping hips on floor.
Hold_____seconds. Repeat_____times.
Do_____sessions per day.           *Copyright VHI 1990*

## HIP and KNEE - 21 Strengthening
### Side-lying Hip Abduction



Lying on side, tighten muscle on front of thigh, then lift leg
8 - 10 inches away from floor.
Hold 7-10 seconds. Repeat 20 times. each leg
Do_____sessions per day.           *Copyright VHI 1990*

## HIP and KNEE -20 Strengthening
### Prone Hip Extension



Lying on stomach, tighten muscle on front of thigh, then lift
leg 8 - 10 inches from floor, keeping knee locked.
Hold 7-10 seconds. Repeat 20 times. each leg
Do_____sessions per day.           *Copyright VHI 1990*

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SMITH, MATTHEW M | | | Reg #: | 21897-017 |
| Date of Birth: | 11/29/1985 | Sex: M | Race: BLACK | Facility: | TOM |
| Note Date: | 02/25/2022 08:47 | Provider: | Garcia, V. RN | Unit: | F03 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Garcia, V. RN

Inmate asking when he would be seen for his lower back. Chart review shows two appointments are scheduled coming up; one having to do with his back pain. Informed inmate of this; inmate satisfied and had no other questions or concerns at this time.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Garcia, V. RN on 02/25/2022 08:50

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

*I filed this P.R.E.A report late because I feared (justifiably) staff retaliation. My cell at that time was Anthony. Conway.*

*F.T.C.A claim #TRT-NCR-2022-05990*

| | |
|---|---|
| Inmate Name: SMITH, MATTHEW M | Reg #: 21897-017 |
| Date of Birth: 11/29/1985 | Facility: TOM |
| Encounter Date: 11/08/2022 15:30 | Sex: M Race: BLACK Provider: Wierema, C. RN  Unit: H02 |

*page #7 of 12*

Injury Assessment - PREA evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**INJURY 1**     **Provider:** Wierema, C. RN

**Date of Injury:** 08/25/2021 21:15     **Date Reported for Treatment:** 11/08/2022 15:15

**Work Related:** No     **Work Assignment:** A&O COMPLT, SMU-UNASSG

**Pain Location:**

Pain Scale:   0

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

Fox unit

**Cause of Injury (Inmate's Statement of how injury occurred):**

"My cell mate sexually assaulted me"

**Symptoms (as reported by inmate):**

Denies any symptoms or injuries

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/08/2022 | 15:15 TOM | 98.2 | 36.8 | Temporal | Wierema, C. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/08/2022 | 15:15 TOM | 61 | Via Machine | | Wierema, C. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/08/2022 | 15:15 TOM | 18 | Wierema, C. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/08/2022 | 15:15 TOM | 112/87 | Right Arm | | | Wierema, C. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/08/2022 | 15:15 TOM | 100 | Room Air | Wierema, C. RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

| | | | |
|---|---|---|---|
| Inmate Name: SMITH, MATTHEW M | | Reg #: 21897-017 | |
| Date of Birth: 11/29/1985 | Sex: M Race: BLACK | Facility: TOM | |
| Encounter Date: 11/08/2022 15:30 | Provider: Wierema, C. RN | Unit: H02 | |

Yes: Appears Well, Alert and Oriented x 3

**Skin**

   **General**

   Yes: Within Normal Limits

**Nose**

   **General**

   Yes: Nares Patent

**Neck**

   **General**

   Yes: Within Normal Limits

**Pulmonary**

   **Observation/Inspection**

   Yes: Within Normal Limits

   No: Respiratory Distress

**Cardiovascular**

   **Observation**

   Yes: Within Normal Limits

## General Assessment

PREA General Assessment
DO NOT LEAVE THE PATIENT ALONE

Advise the patient to delay shower, wash, drink, eat, change clothing, or use the bathroom until evidence can be collected.

Review Medications (prescription and OTC), allergies & health problems.

__X__Y___N Patient alleges that they were sexually assaulted or sexually harassed?
Comments (Describe in detail what happened):

__X__Y___N Notifications made to Operations Lieutenant and Psychology Services? DO NOT begin injury assessments prior to notifications, unless there is obvious bleeding or a medical emergency.
Comments:

___Y__X__N Did custody staff bring the patient for a PREA assessment? If no, where is the exam being performed?
Comments: Hotel unit health services.

__Y__Y___N History of sexual activity and rape reviewed?
Comments:

___Y__X__N Injury assessment completed, with chaperone, without compromising forensic evidence? If blanket is available, have the patient strip down on the blanket. Place blanket in PAPER bag.
Comments: General assessment completed, PREA allegation from August of 2021

___Y__X__N Was necessary emergency care provided for any trauma, attempting to preserve forensic evidence?
Comments (Describe the injuries and any attempts to preserve evidence): Not Indicated

PROCEED TO "VICTIM" OR "PERPETRATOR EVALUATION" AS APPROPRIATE.

| | | |
|---|---|---|
| Inmate Name: SMITH, MATTHEW M | | Reg #: 21897-017 |
| Date of Birth: 11/29/1985 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 11/08/2022 15:30 | Provider: Wierema, C. RN | Unit: H02 |

IF A CLINICIAN HAS TO RESPOND TO A SITUTIATION IN WHICH A CONTRACTOR AND/OR STAFF MEMBER ARE INJURED AND REQUIRE CARE, ALL DOCUMENTATION IS DONE VIA MEMO TO THE SIA.

Additional Comments:
**Victim Evaluation**

Alleged Victim
NO: Did assault occur within 72hrs of the assessment?
If a SANE or SAFE Certified Provider is on-site, they can collect the evidence. If no SANE or SAFE Certified Provider are available, coordinate with Operations Lieutenant to have the patient transferred to local facility for evidence collection, after any emergency care is rendered.
Comments: Not indicated. PREA Allegation from August 2021

NO: According to the victim, was there contact between the penis and the vulva or the penis and the anus, including penetration?
Comments: Inmate denies penetration.

NO: Was there contact between the mouth and the penis, vulva, or anus?
Comments: Inmate denies any physical contact besides alleged perpetrator ejaculating on his physical person.

NO: Was there penetration of the anal or genital opening of another person by a hand, finger, object, or other instrument?
Comments: Inmate Denies penetration of any kind.

YES: Was there any other intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, or the buttocks of another person, excluding contact incidental to a physical altercation?
Comments: Inmate states that the perpetrator was "rubbing on me and touching on me for a whole week before I did anything."

NO: Was prophylactic treatment and follow-up for sexually transmitted diseases offered?
(If yes, proceed to PREA ORDER SET)
Comments: Not indicated.

NO: Labs or testing indicated? (HIV, STI, Pregnancy)
(If yes, proceed to PREA ORDER SET)
Comments: Not indicated

YES: Was there any attempt, threat, or request by the alleged perpetrator to engage in any sexual activity?
Comments: Inmate states "He told me he would kill me if I told anyone that he was masturbating on me and touching me."

YES: Was there any display by the alleged perpetrator of their uncovered genitalia, buttocks, or breasts in the presence of the patient?
Comments: "He would stand in front of me and masturbate, and he ejaculated on me one time."

NO: Was there any invasion of privacy of a patient by the alleged perpetrator for reason unrelated to official duties?
Comments:

Additional Comments: PREA allegation noted to be against another inmate no longer housed at USP Thomson. No testing required as there was no exchange of body fluids and inmate Smith has had labs since this encounter with his former cell mate.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

| Inmate Name: | SMITH, MATTHEW M | | | | Reg #: | 21897-017 |
| Date of Birth: | 11/29/1985 | Sex: | M | Race: BLACK | Facility: | TOM |
| Encounter Date: | 11/08/2022 15:30 | Provider: | Wierema, C. RN | | Unit: | H02 |

Inmate seen in Hotel medical room after reporting allegations sexual in nature against his former cell mate. The inmate states that while housed in Fox unit, his former cell mate, who is no longer housed at USP Thomson, sexually assaulted him. He states that during the week of August 24th 2021, usually right after 9:00 P.M. count, his cell mate "would rub up on me and touch me, and he masturbated while standing in front of me and looking at me. I felt so violated. I can't defend myself. He threatened me and he is much bigger than me and I can't fight." The inmate verbalizes that there was no penetration or exchange of body fluids. The inmate states that his former cell mate did ejaculate on his person on one occasion. He denies any penetration with an object, any oral sex, or any other variation of sexual contact. He does report physical contact on several occasions. He states he was threatened by unknown officers that if he reported the PREA, he would "regret it". The inmate has no further complaints and there is no indication for further medical intervention at this time.

No Significant Findings/No Apparent Distress

Inmate reports PREA allegation against former cell mate. No exchange of potentially infectious body fluids and and no penetration by an object reported. SANE exam, labs, and prophylaxis are not indicated. Medical examination was unremarkable and the appropriate chain of command is aware of the incident. Inmate chart reviewed and noted the inmate reports a history of sexual abuse/assault. No copay.

Exposure (Bodily fluid exchange/penetration)
_X_None reported- no exposure
__Bodily fluid exchange/ Penetration-start exposure packet

PEP LINE
__contacted/ orders received
_X_Not indicated

SANE Exam
__Transfer to OSH- call report to ER
__Offered/Refused- refusal signed
_X_Not Indicated

STD testing/ Counseling
__ offered/completed
__ offered/refused- refusal signed
_X_ Not indicated

Prophylactic Treatment/ Follow Up
__Offered/Completed- RTC scheduled
__Offered/Refused- Refusal signed
_X_Not indicated

Required review of history of sexual activity and rape:
_X_Completed

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed

**Other:**
Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

[handwritten margin note: The next day August 25th 2021 I attempted to report that P.R.E.A, and that's when Yo Winkler convinced my celly to Assault me, then Tortured me himself.]

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SMITH, MATTHEW M | | | Reg #: | 21897-017 |
| Date of Birth: | 11/29/1985 | Sex: M Race: BLACK | | Facility: | TOM |
| Note Date: | 08/25/2021 13:15 | Provider: Bungard, C. RN | | Unit: | F03 |

Admin Note - General Administrative Note encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1**          Provider: Bungard, C. RN

Inmate recanted their PREA concern and states that nothing happened, assessment is not clinically indicated.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Bungard, C. RN on 08/25/2021 13:16

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

*I was forced to recant my statement, as I explained in the F.T.C.A filing. I filed A P.R.E.A report on 11-8-22 because the c/o's that had me afraid of retaliation, got fired because of staff misconduct. This document is proof that I tried to file A P.R.E.A the date of the insadent, and that was the beginning of all the trouble (Torture) that day.*

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: SMITH, MATTHEW M | | | Reg #: 21897-017 |
| Date of Birth: 11/29/1985 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 08/25/2021 12:08 | Provider: Bungard, C. RN | | Unit: F03 |

Injury Assessment - Non-work related encounter performed at Housing Unit.

**SUBJECTIVE:**

**INJURY 1**       **Provider:** Bungard, C. RN

**Date of Injury:** 08/25/2021 10:30       **Date Reported for Treatment:** 08/25/2021 10:45

**Work Related:** No       **Work Assignment:** A&O COMPLT, SMU-UNASSG

**Pain Location:** Multiple Locations

Pain Scale: 3

Pain Qualities: Tender

**Where Did Injury Happen (Be specific as to location):**

Foxtrot unit, range 3, cell 4

**Cause of Injury (Inmate's Statement of how injury occurred):**

does not specifically state, indicated that he was in altercation with cellmate

**Symptoms (as reported by inmate):**

states that their forehead and left wrist hurt, states that there is a 'gash' in each location

*These injuries did not get treated! I have A big scar on my face because I was denied stitches.*

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/25/2021 | 10:45 | 103 | | | Bungard, C. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/25/2021 | 10:45 TOM | 16 | Bungard, C. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/25/2021 | 10:45 TOM | 128/92 | | | | Bungard, C. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/25/2021 | 10:45 TOM | 100 | | Bungard, C. RN |

**Exam:**

**General**

**Affect**

Yes: Agitated

**Appearance**

Yes: Alert and Oriented x 3

**Skin**

**Trauma**

Yes: Abrasion

**Head**



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

08-01-2022

MATTHEW SMITH, #21897-017
USP THOMSON
P.O. BOX 1002
THOMSON, IL 61285

   Re: Administrative Claim for Damages
   Claim #:    TRT-NCR-2022-05990    $ 6,000,000.00

Dear Claimant:

   This is to notify you of our receipt of your administrative claim for damages under provisions of the <u>Federal Tort Claims Act, Title 28 USC §1346(b), 2671 et. seq.</u>, alleging liability of the United States Government.

   Your claim was received on 07-11-2022. The above referenced Act provides that the agency has 6 months to make an administrative determination on your claim from the date such claim was received by the appropriate agency. Accordingly, in the matter of the above referenced claim, the government's response is not due until 01-10-2023.

   Regulations that may be pertinent to your claim may be found at Title 28 C.F.R. Part 14 et.seq., and §543.30.

         Sincerely,
         Mary A. Noland
         Regional Counsel

(Pg 5-6)



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101

**January 26, 2023**

Matthew Smith #21897-017
USP THOMSON
PO BOX 1002
THOMSON, IL 61285

Re:   Administrative Claim TRT-NCR-2022-05990 Status Request

Dear Claimant:

This is in response to your correspondence, wherein you inquire about the status of the above-mentioned administrative claim. A review of the case file in this matter reveals your claim is under review, and a response to your claim is pending. Once a determination has been made, we will promptly notify you. Please include the above mentioned claim number in all correspondence.

We trust this addresses your concerns.

Sincerely,

J. Herbig
Paralegal Specialist

(Pg 6 of 6)



**U.S. Department of Justice**
Federal Bureau of Prisons

_North Central Regional Office_

---

_Office of the Regional Counsel_

400 State Avenue
Tower II, Suite 800
_Kansas City, KS 66101_

January 25, 2023

Matthew Smith #21897-017
USP THOMSON
PO BOX 1002
THOMSON, IL 61285

Re:    Administrative Claim TRT-NCR-2022-05990, TRT-NCR-2023-01754, TRT-NCR-2023-02249 Status Request

Dear Claimant:

This is in response to your correspondence, wherein you inquire about the status of the above-mentioned administrative claim. A review of the case file in this matter reveals your claim is under review, and a response to your claim is pending. Once a determination has been made, we will promptly notify you. Please include the above mentioned claim number in all correspondence.

We trust this addresses your concerns.

Sincerely,

J. Herbig
Paralegal Specialist





**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS 66101*

February 14, 2023

Matthew Smith #21897-017
USP THOMSON
PO BOX 1002
THOMSON, IL 61285

Re:     Administrative Claim TRT-NCR-2022-05990; Status Request

Dear Claimant:

This is in response to your correspondence, wherein you inquire about the status of the above-mentioned administrative claim. A review of the case file in this matter reveals your claim is under review, and a response to your claim is pending. Once a determination has been made, we will promptly notify you.

We trust this addresses your concerns.

Sincerely,

J. Herbig
Paralegal Specialist

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

April 5, 2023

**LEGAL MAIL**
**SPECIAL MAIL**
**Do Not Open Except in Inmate's Presence**

Matthew Smith; 21897-017
USP Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808

Dear Miss Matt:

We hope all is well at Terra Haute. As you may know from our last letter, which we sent on March 14, 2023, the Bureau of Prisons closed the SMU at Thomson on February 14, 2023. Everyone who was in the SMU has been transferred to other institutions, and no one is currently housed in an SMU in the federal prison system. This would not have happened without your efforts.

We have drafted a report for BOP leaders, policymakers, and the public detailing the findings of our investigation into the Thomson SMU. We hope that our report will persuade the BOP to close the SMU program permanently and enact other reforms to improve the lives of incarcerated individuals. In the report, we would like to share parts of your story, as you experienced some of the most dire conditions at Thomson but persevered with incredible courage. We will not use your name or other personally identifying information – only your initials. In the boxes below, please let us know if this is okay, and please confirm that the experiences we describe are accurate. With your consent, here is what we plan to say in the report:

*[Thomson] was the absolute worst experience of my life. . . . I'd rather be dead than trapped in [that] dangerous place.*

. . .

*It's too dangerous to file at Thomson . . . I was in fear for my life.*

. . .

*When M.S., who is trans, filed a handwritten grievance after officials refused to give her a prison-provided form, officials placed her in a cell with an anti-LGBTQ cellmate, who beat her up for them.*

Page 2

**LATHAM&WATKINS** LLP

You may send your reply directly to the following address, and we've included a pre-addressed and pre-stamped envelope for your convenience.

Jake Rush
Attorney-at-Law
Latham & Watkins LLP
555 11th St NW
Washington, DC 20004

Additionally, if you are an artist and would like to send us drawings of your experience at Thomson, please feel free to do so as we may be able to include some in the report. These drawings can depict any aspect of your time in the SMU—e.g., yourself, your cell, the restraint room, the unit.

As always, we are thinking about you and hope you're staying strong. We will mail you a copy of the report once we publish it in the coming weeks.

Sincerely,

Jake Rush
Attorney-at-Law
Latham & Watkins LLP



MATTHEW MICHAEL SMITH #21897-017
UNITED STATES PENITENTIARY TERRE HAUTE
P.O. BOX 33
TERRE HAUTE INDIANA 47808

SCREENED
JUN 14 2023
US MARSHALS



LEGAL MAIL

INMATE
IDENTIFICATION
CONFIRMED

CLERK OF THE U.S. DISTRICT COURT
UNITED STATES FEDERAL COURT HOUSE
327 CHURCH STREET
ROCKFORD, ILLINOIS 61101

LEGAL MAIL